Jodi K. Swick, No. 228634
Daniella M. McDonagh, No. 353336
**McDOWELL HETHERINGTON LLP**
1999 Harrison Street, Suite 2050
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
daniella.mcdonagh@mhllp.com

Attorneys for Defendant
JACKSON NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUFFY LYN RONEY, An Individual,<br>Plaintiff,<br>v.<br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a corporation; Does 1 through 100, Inclusive, and Doe Corporations 1 through 100, Inclusive,<br>Defendants. | Case No. 5:24-cv-07337-NC<br><br>**ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all Parties in its entirety pursuant to the Parties' Settlement Agreement and Release to resolve the disputed claims. All Parties are to bear their own fees and costs.

IT IS SO ORDERED.

DATED: November 13, 2024

UNITED STATES DISTRICT COURT
GRANTED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

Hon. Na[...]s
United St[...]gistrate Judge